UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN PLAZA,<br><br>         Plaintiff,<br><br>    -v.-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant. | 21 Civ. 08763 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  In an effort to achieve a faster disposition of this matter, to conserve resources, and to promote judicial efficiency, it is hereby ORDERED that the parties discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the designated Magistrate Judge.

  If the parties consent to proceed before the Magistrate Judge, counsel for Defendant must, **by September 28, 2023 at 5:00 p.m.**, file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this Order (and also available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf).  The executed form should be filed using the "Proposed Consent to Jurisdiction by US Magistrate Judge" filing event in accordance with ECF Rule 13.27.  If the Court approves that form, then all further proceedings will be conducted before the designated Magistrate Judge.  Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be if the consent form were not signed and so-ordered.

  If either party does not consent to conducting all further proceedings before the designated Magistrate Judge, the parties must file a joint letter, **by September 28, 2023 at 5:00 p.m.**, informing the Court that the parties do not consent, but without disclosing the identity of

the party or parties who do not consent.  The parties are free to withhold consent without negative consequences.

    SO ORDERED.

Dated: September 25, 2023
       New York, New York

_____<br>
JENNIFER H. REARDEN<br>
United States District Judge